**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON, | No. 1:26-cv-03465 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION AS FRIVOLOUS |
| v. | |
| DONALD TRUMP, | (Doc. 9) |
| Defendant. | |

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 for possession of property. The magistrate judge recommended the complaint be dismissed as frivolous and Plaintiff's application to proceed *in forma pauperis* be denied as moot. (Doc. 9.) The Court served the findings and recommendations on Plaintiff, informed him that any objections were due within 14 days, and warned him that the failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff filed timely objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Among other things, the assigned magistrate judge has not issued any dispositive rulings in this matter, so Plaintiff's objection that he has not consented to magistrate judge jurisdiction is

1

without merit. His other objections are equally unpersuasive. Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on May 25, 2026 (Doc. 9) are **ADOPTED**.

2.  The complaint is **DISMISSED** without leave to amend.

3.  Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 19, 2026**

UNITED STATES DISTRICT JUDGE